# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO. 5:15-cr-32-JA-PRL

ROBERT TOOLE

## ORDER

Defendant Robert Toole filed a *pro se* motion solely under Federal Rule of Civil Procedure 60(b)(6) (Doc. 99) to reopen the judgment in his criminal case. Toole's motion (Doc. 99) is **DENIED**. Rule 60(b)(6) does not provide relief in criminal cases. *See United States v. Qazi*, No. 22-14033, 2023 WL 7127514, at *2 (11th Cir. Oct. 30, 2023).

**DONE** and **ORDERED** on December 19, 2025.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
Robert Toole